

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kenneth Craig Miller, Appellant

No. 06-17-00091-CV      v.

Gregg County, Texas, Appellee

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2017-703-CCL2). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the language that "the Plaintiff's claims for injunctive and declaratory relief are denied with prejudice to refiling. The Plaintiff's claims for damages are denied with prejudice to refiling." As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Kenneth Craig Miller, pay all costs of this appeal.

RENDERED MARCH 20, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk